COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-293-CV

CITY OF NORTH RICHLAND HILLS, TEXAS
 
APPELLANT

V.

LAURA FRIEND, INDIVIDUALLY AND AS APPELLEES

PERSONAL REPRESENTATIVE OF THE ESTATE 

OF SARAH ELIZABETH FRIEND, DECEASED,

AND LUTHER FRIEND, INDIVIDUALLY
 

----------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Joint Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  September 25, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.